# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY CHARLES REED** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-6488** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX** | **SECTION: "D"** |

## ORDER

The Court, having considered the Complaint (R. Doc. 1), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 4), and the failure of plaintiff, Rodney Charles Reed, to file any objections to the Magistrate Judge's Report and Recommendation, and further, having given Plaintiff additional time to file objections considering Plaintiff's *pro se* status, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims against defendant, Terrebonne Parish Criminal Justice Complex, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915 and 1915A and, as applicable, 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, January 18, 2024.

**WENDY B. VITTER**
**United States District Judge**